UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEPHERD MANAGEMENT GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL WILKOV; CANTONI, LP; CANTONI ORANGE COUNTY, INC.; and CANTONI ATLANTA, INC., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:07-cv-678-CAP |

## JUDGMENT ON JURY VERDICT

This action came on for trial before a jury and the Court, the Honorable Charles A. Pannell, Jr., U.S. District Judge presiding.  The issue of damages having been presented, and the jury having rendered its verdict, it is

**Ordered and Adjudged** that the Plaintiff Shepherd Management Group, Inc. recover of the Defendants Michael Wilkov, Cantoni, LP, Cantoni Atlanta, Inc. and Cantoni Orange County, Inc., the sum of One Million Ninety-Five Thousand Dollars ($1,095,000.00) with interest thereon at the rate of 0.24  percent as provided by law.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Andrea Gee
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    April 20, 2011
James N. Hatten
Clerk of Court


By: s/Andrea Gee
        Deputy Clerk